No. 94–6082. SPRINGS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–6085. WEST v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 94–6086. SIERRA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6092. MARSHALL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6095. GABLE v. UNITED STATES; and
No. 94–6113. FUNDERBURK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6096. COLLINS v. HESSE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–6098. STANWOOD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6106. ENAND v. ATLIS SYSTEMS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–6108. JONES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–6109. GREEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6114. WALKER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6125. RIVERA MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–2069. IDAHO v. ODIAGA. Sup. Ct. Idaho. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–9061. SPEARMAN v. EXXON COAL USA, INC. C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.